UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANTHONY PRATT,

                Plaintiff,        11 Civ. 8355 (JGK)

        - against -            ORDER

CITY OF NEW YORK ET AL.,

                Defendants.
_____

JOHN G. KOELTL, District Judge:

    The Court has received the attached correspondence from the plaintiff. The plaintiff seeks a 30-day extension of the deadlines in the April 24, 2013 scheduling order because he did not receive the April 24, 2013 scheduling order despite his diligent efforts. The plaintiff's request is **granted**. Accordingly, all dates in the April 24, 2013 scheduling order are extended by 30 days.

SO ORDERED.

Dated:    New York, New York
          May 28, 2013

                                      John G. Koeltl
                                United States District Judge