```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY PRATT,

                            Plaintiff,

                                                                                     11 civ 8355 (JGK)

        -against-

CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------X

## ORDER OF DISMISSAL

Magistrate Judge Ronald L. Ellis, in a report and recommendation dated January 20, 2015, regarding the defendants motion to dismiss, recommended "that the above-entitled action be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."

The parties had, pursuant to Federal Rule 72, fourteen (14) days after service to file any objections to the Magistrate Judge's Report and Recommendation. Having received no response from either party, the Court adopts the Report and recommendation and dismisses this action without prejudice. The Clerk is directed to enter judgment and to close this case.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 24, 2015